Acchione *v.* Acchione, Appellant.

Argued November 13, 1953. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

38

*Thomas P. Mikell,* with him *Joseph P. Flanagan, Jr.,* and *Saul, Ewing, Remick & Saul,* for appellants.

*Thomas Z. Minehart,* with him *Charles A. Rothman* and *Melvin Alan Bank,* for appellee.

OPINION PER CURIAM, January 4, 1954:
The judgment of the court below is affirmed on the opinion of Judge JOHN MORGAN DAVIS.